**Jane LIST**

v.

**Nathan EPSTEIN, M. D. et al.**

**No. 82–121–M.P.**

Supreme Court of Rhode Island.

April 1, 1982.

Decof & Grimm, Vincent T. Cannon, Providence, for plaintiff-respondent.

Joseph A. Kelly, Providence, for defendants-petitioners.

## ORDER

The petition for writ of certiorari is denied.

■

**William F. MATHIAS et al.**

v.

**ROCKWELL MANUFACTURING CO. et al.**

**No. 82–114–M.P.**

Supreme Court of Rhode Island.

April 1, 1982.

Higgins, Cavanagh & Cooney, Mark P. McKenney, Providence, for petitioners.

Robert M. Silva, Ltd., David F. Fox, Middletown, for respondents.

■

**NEWPORT SHIP YARD, INC.**

v.

**RHODE ISLAND COMMISSION FOR HUMAN RIGHTS and Stephen Gordon.**

**No. 82–60–M.P.**

Supreme Court of Rhode Island.

April 1, 1982.

Moore, Virgadamo & Lynch, Ltd., Newport, Joseph R. Palumbo, Jr., for plaintiff-respondent.

Dorothy L. Lohmann, Providence, for defendant-petitioner-Stephen Gordon.

## ORDER

The petition for writ of certiorari is granted.